RVA TRUCKING, INC., Respondent, v. LANE CONSTRUCTION CORPORATION et al., Appellants. (Appeal No. 2.) —

Present — Del Vecchio, J. P., Marsh, Moule, Bastow and Henry, JJ.

GERALDINE WHELEHAN, as Administratrix of the Estate of BERNARD WHELEHAN, Deceased, Appellant, v. COUNTY OF MONROE, Respondent.—

Present — Goldman, P. J., Marsh, Gabrielli and Henry, JJ.